FILED: June 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1396 (L)
(3:20-cv-00710-MOC-SCR)

_____

HAYWARD INDUSTRIES, INC.

      Plaintiff - Appellee

v.

BLUEWORKS CORPORATION, a/k/a Blue Works, a/k/a Blueworks Pools; BLUE WORKS INNOVATION CORPORATION; NINGBO C.F. ELECTRONIC TECH CO., LTD.; NINGBO YISHANG IMPORT AND EXPORT CO., LTD.

      Defendants - Appellants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

FRAP 30(c) page-proof opening brief & service of appendix designations due: 06/30/2025

FRAP 30(c) page-proof opening/response brief & service of additional designations due: 07/30/2025

FRAP 30(c) page-proof response/reply brief due: 08/29/2025

FRAP 30(c) page-proof reply brief (if any) due: 21 days after service of response/reply brief.

Joint appendix due: 10/03/2025

Opening brief, response brief, and any reply brief in final form due: 10/15/2025

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk